# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON ALEXANDER,<br><br>               Petitioner,<br><br>     v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>               Respondent. | CASE NO. 2:19-cv-08261-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: December 18, 2019

                                                MICHAEL W. FITZGERALD
                                                U.S. DISTRICT JUDGE